| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name. first, middle initial)<br><br>Marrero, Victor | 2. Court or Organization<br><br>U.S. District Court, S.D.N.Y. | 3. Date of Report<br><br>06/1/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. District Court, SDNY<br>500 Pearl Street<br>New York. New York 10007 | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, In compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | New York Public Library |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 JUN -7 A 11:11 FINANCIAL DISCLOSURE OFFICE

Marrero, Victor

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | municipal government official |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIBANK KEOGH ACCOUNT: (see lines 2 and 3) | | | | | | | | | |
| 2. CD's | A | Interest | K | T | | | | | |
| 3. Annuity-Transamerica | A | Interest | K | T | | | | | |
| 4. PUTNAM RETIREMENT IRA: (see line 5) | | | | | | | | | |
| 5. Balanced Retirement C1-A | B | Interest | K | T | | | | | |
| 6. SUN AMERICA IRA: (see lines 7 and 8) | | | | | | | | | |
| 7. SunAmerica Balanced | A | Dividend | K | T | | | | | |
| 8. SunAmerica Goldman Sachs | A | Dividend | K | T | | | | | |
| 9. ) PUTNAM IRA: (see line 10) | | | | | | | | | |
| 10. Balanced Retirement C1-A | A | Dividend | J | T | | | | | |
| 11. DREYFUS NY TAX EXEMPT FUND | D | Dividend | N | T | | | | | |
| 12. SCHWAB: ConEd - common stock | B | Dividend | K | T | | | | | |
| 13. NY STATE TUITION SAVINGS PLAN | A | Dividend | J | T | | | | | |
| 14. JPMORGAN CHASE MONEY MARKET | A | Interest | J | T | | | | | |
| 15. ) NYC DEFERRED COMP. IRA | A | Dividend | K | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIDELITY ROLLOVER IRA: (see lines 19 through 175) | | | | | | | | | |
| 19. Puritan | | | | | Sold | 1/7/09 | N | | |
| 20. Magellan | | | | | Sold | 1/7/09 | N | | |
| 21. Conrafund | | | | | Sold | 1/7/09 | L | | |
| 22. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 23. Spartan 500 Index Fid Adv Class | A | Dividend | | | Buy | 1/8/09 | K | | |
| 24. | | | | | Sold (part) | 3/5/09 | J | | |
| 25. | | | | | Sold (part) | 3/7/09 | J | | |
| 26. | | | | | Sold (part) | 7/23/09 | J | A | |
| 27. | | | | | Sold (part) | 8/27/09 | J | B | |
| 28. | | | | | Sold | 10/14/09 | J | B | |
| 29. Fidelity Real Estate Invest. | A | Dividend | | | Buy | 1/8/09 | J | | |
| 30. | | | | | Sold (part) | 3/5/09 | J | | |
| 31. | | | | | Sold | 3/27/09 | J | | |
| 32. Fidelity Pas Small Cap Fund | A | Dividend | K | T | Buy | 1/8/09 | K | | |
| 33. | | | | | Buy | 3/5/09 | J | | |
| 34. | | | | | Sold (part) | 6/3/09 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less
   B =$1,001 - $2,500
   C =$2,501 - $5,000
   D =$5,001 - $15,000
   E =$15,001 - $50,000
   F =$50,001 - $100,000
   G =$100,001 - $1,000,000
   H1 =$1,000,001 - $5,000,000
   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less
   K =$15,001 - $50,000
   L =$50,000 - $100,000
   M =$100,001 - $250,000
   N =$250,001 - $500,000
   O =$500,001 - $1,000,000
   P1 =$1,000,001 - $5,000,000
   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal
   R =Cost (Real Estate Only)
   S =Assessment
   T =Cash Market
   U =Book Value
   V =Other
   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Pas Small Cap Fund (cont'd) | | | | | Sold (part) | 7/23/09 | J | A | |
| 36. | | | | | Sold (part) | 8/27/09 | J | B | |
| 37. Fidelity Pas Int'l Fund | A | Dividend | M | T | Buy | 1/8/09 | K | | |
| 38. | | | | | Buy | 3/5/09 | J | | |
| 39. | | | | | Sold (Part) | 3/27/09 | J | | |
| 40. | | | | | Sold (part) | 6/3/09 | J | A | |
| 41. | | | | | Buy | 7/23/09 | K | | |
| 42. | | | | | Buy | 8/27/09 | K | | |
| 43. | | | | | Buy | 8/28/09 | J | | |
| 44. | | | | | Sold (part) | 10/14/09 | J | A | |
| 45. Fidelity Pas US Opp. Fund | A | Dividend | K | T | Buy | 1/8/09 | K | | |
| 46. Fidelity Dividend Growth | A | Dividend | J | T | Buy | 10/14/09 | J | | |
| 47. | | | | | Buy | 10/14/09 | J | | |
| 48. Fidelity Select Gold | | | J | T | Buy | 3/5/09 | J | | |
| 49. Fidelity Capital & Income | C | Dividend | K | T | Buy | 1/8/09 | K | | |
| 50. | | | | | Buy | 3/27/09 | J | | |
| 51. | | | | | Sold (part) | 6/3/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Capital & Income (cont'd) | | | | | Sold (part) | 7/23/09 | J | B | |
| 53. | | | | | Sold (part) | 10/14/09 | J | A | |
| 54. Fidelity Investment Grade | B | Dividend | L | T | Buy | 1/8/09 | K | | |
| 55. | | | | | Sold (part) | 3/5/09 | J | A | |
| 56. | | | | | Buy | 3/27/09 | J | | |
| 57. | | | | | Sold (part) | 5/19/09 | J | A | |
| 58. | | | | | Buy | 6/3/09 | J | | |
| 59. | | | | | Sold (part) | 10/14/09 | J | A | |
| 60. Fidelity Short Term Bond | A | Dividend | K | T | Buy | 1/8/09 | K | | |
| 61. | | | | | Buy | 3/27/09 | J | | |
| 62. | | | | | Buy | 6/3/09 | J | | |
| 63. | | | | | Sold (part) | 7/23/09 | J | A | |
| 64. | | | | | Buy | 10/14/09 | J | | |
| 65. Fidelity Total Bond | B | Dividend | L | T | Buy | 1/8/09 | K | | |
| 66. | | | | | Sold (part) | 3/5/09 | J | | |
| 67. | | | | | Buy | 3/27/09 | J | | |
| 68. | | | | | Buy | 6/3/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Total Bond (cont'd) | | | | | Buy | 8/27/09 | J | | |
| 70. Fidelity Pas Core Income Fund | C | Dividend | L | T | Buy | 1/8/09 | K | | |
| 71. | | | | | Buy | 3/27/09 | J | | |
| 72. | | | | | Buy | 6/3/09 | J | | |
| 73. | | | | | Buy | 7/23/09 | J | | |
| 74. | | | | | Buy | 10/14/09 | J | | |
| 75. Fidelity Pas Income Opp Fund | C | Dividend | K | T | Buy | 1/8/09 | K | | |
| 76. | | | | | Sold (part) | 7/23/09 | J | A | |
| 77. Fidelity Money Market | A | Dividend | J | T | Buy | 7/23/09 | J | | |
| 78. | | | | | Sold (part) | 8/18/09 | J | | |
| 79. | | | | | Buy | 8/27/09 | J | | |
| 80. | | | | | Sold (part) | 11/24/09 | J | | |
| 81. Allianz NFJ Divident Value | A | Dividend | K | T | Buy | 1/8/09 | K | | |
| 82. | | | | | Buy | 3/5/09 | J | | |
| 83. | | | | | Sold (part) | 6/3/09 | J | | |
| 84. | | | | | Sold (part) | 8/27/09 | J | | |
| 85. Dreyfus Appreciation Fund | A | Dividend | K | T | Buy | 1/8/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Dreyfus Appreciation Fund (cont'd) | | | | | Buy | 3/5/09 | J | | |
| 87. | | | | | Sold (part) | 3/27/09 | J | | |
| 88. | | | | | Sold (part) | 6/3/09 | J | A | |
| 89. | | | | | Sold (part) | 7/23/09 | J | A | |
| 90. | | | | | Sold (part) | 8/27/09 | J | A | |
| 91. Goldman Sachs Large Cap Value | A | Dividend | K | T | Buy | 1/8/09 | K | | |
| 92. | | | | | Sold (part) | 6/3/09 | J | A | |
| 93. | | | | | Sold (part) | 7/23/09 | J | A | |
| 94. | | | | | Sold (part) | 8/27/09 | J | A | |
| 95. Hartford Growth Opp Class A | | | J | T | Buy | 1/8/09 | K | | |
| 96. | | | | | Sold (part) | 3/27/09 | J | | |
| 97. | | | | | Sold (part) | 6/3/09 | J | A | |
| 98. | | | | | Sold (part) | 7/23/09 | J | A | |
| 99. | | | | | Sold (part) | 8/27/09 | J | A | |
| 100. Hartford Capital Appreciation Class A | | | J | T | Buy | 1/8/09 | K | | |
| 101. | | | | | Sold (part) | 3/5/09 | J | | |
| 102. | | | | | Sold (part) | 3/27/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Hartford Capital Appreciation Class A (cont'd) | | | | | Sold (part) | 6/3/09 | J | A | |
| 104. Hotchkis & Wiley Large Cap Value Class A | A | Dividend | K | T | Buy | 1/8/09 | K | | |
| 105. | | | | | Sold (part) | 3/27/09 | J | | |
| 106. | | | | | Sold (part) | 8/27/09 | J | A | |
| 107. Perkins Mid Cap Value Fund Cl J | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 108. | | | | | Sold (part) | 6/3/09 | J | A | |
| 109. | | | | | Sold (part) | 7/23/09 | J | A | |
| 110. JPMorgan US Lg Cap Core Plus | A | Dividend | K | T | Buy | 1/8/09 | J | | |
| 111. | | | | | Buy | 3/5/09 | J | | |
| 112. | | | | | Buy | 6/3/09 | J | | |
| 113. | | | | | Buy | 6/23/09 | J | | |
| 114. Lazard Emerging Mkts Open Cl | A | Dividend | J | T | Buy | 7/23/09 | J | | |
| 115. | | | | | Buy | 8/27/09 | J | | |
| 116. | | | | | Buy | 10/14/09 | J | | |
| 117. Legg Mason CBA Lg Cap Growth A | | | J | T | Buy | 1/8/09 | K | | |
| 118. | | | | | Sold (part) | 3/2709 | J | A | |
| 119. | | | | | Sold (part) | 8/27/09 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000.001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. MFS Int'l Value Fund Cl A | A | Dividend | J | T | Buy | 7/23/09 | J | | |
| 121. | | | | | Buy | 8/27/09 | J | | |
| 122. MFS Research Int'l Class A | A | Dividend | J | T | Buy | 7/23/09 | J | | |
| 123. | | | | | Buy | 8/27/09 | J | | |
| 124. Mainstay Lg Cap Growth Fund Cl A | | | K | T | Buy | 3/5/09 | K | | |
| 125. | | | | | Buy | 3/27/09 | J | | |
| 126. | | | | | Buy | 8/27/09 | J | | |
| 127. Marsico Focus | A | Dividend | J | T | Buy | 1/8/09 | K | | |
| 128. | | | | | Sold (part) | 3/5/09 | J | | |
| 129. | | | | | Sold (part) | 6/3/09 | J | A | |
| 130. | | | | | Sold (part) | 7/23/09 | J | A | |
| 131. Master's Select Int'l Invest | A | Dividend | J | T | Buy | 7/23/09 | J | | |
| 132. | | | | | Buy | 8/27/09 | J | | |
| 133. Merger Fund | A | Dividend | K | T | Buy | 1/8/09 | K | | |
| 134. | | | | | Sold (part) | 3/5/09 | J | | |
| 135. | | | | | Buy | 6/3/09 | J | | |
| 136. | | | | | Buy | 10/14/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Morgan Stanley Mid Cap Gr Port Cl P | | | K | T | Buy | 1/8/09 | K | | |
| 138. | | | | | Sold (part) | 3/5/09 | J | | |
| 139. | | | | | Sold (part) | 3/27/09 | J | A | |
| 140. | | | | | Sold (part) | 6/3/09 | J | A | |
| 141. | | | | | Sold (part) | 7/23/09 | J | A | |
| 142. | | | | | Sold (part) | 8/27/09 | J | B | |
| 143. Pimco Total Return Adm Shs | C | Dividend | L | T | Buy | 1/8/09 | L | | |
| 144. | | | | | Sold (part) | 3/5/09 | J | | |
| 145. | | | | | Buy | 3/27/09 | J | | |
| 146. | | | | | Buy | 8/27/09 | J | | |
| 147. | | | | | Sold (part) | 10/14/09 | J | A | |
| 148. Pimco Short Term Adm Shs | A | Dividend | K | T | Buy | 1/8/09 | K | | |
| 149. | | | | | Buy | 3/5/09 | J | | |
| 150. | | | | | Buy | 3/27/09 | J | | |
| 151. | | | | | Buy | 6/3/09 | J | | |
| 152. | | | | | Sold (part) | 7/23/09 | J | A | |
| 153. | | | | | Buy | 10/14/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Pimco Comm Real Ret Strat Adm | B | Dividend | K | T | Buy | 1/9/09 | K | | |
| 155. | | | | | Sold (part) | 3/27/09 | J | | |
| 156. Pimco Foreign Bond Fund Unhedged | A | Dividend | | | Buy | 1/8/09 | K | | |
| 157. | | | | | Sold | 6/3/09 | K | A | |
| 158. T Rowe Price Gr Stock Adv Cl | A | Dividend | | | Buy | 1/8/09 | K | | |
| 159. | | | | | Sold (part) | 3/5/09 | J | | |
| 160. | | | | | Sold (part) | 6/3/09 | J | A | |
| 161. | | | | | Sold (part) | 7/23/09 | J | A | |
| 162. | | | | | Sold | 8/27/09 | J | B | |
| 163. T Rowe Price High Yield Adv Cl | B | Dividend | K | T | Buy | 1/8/09 | K | | |
| 164. Royce Penn Mut Fund | | | J | T | Buy | 3/5/09 | J | | |
| 165. | | | | | Sold (part) | 6/3/09 | J | A | |
| 166. Selected American Shs Cl S | A | Dividend | K | T | Buy | 1/8/09 | K | | |
| 167. | | | | | Sold (part) | 6/3/09 | J | A | |
| 168. | | | | | Sold (part) | 8/27/09 | J | A | |
| 169. Templeton Global Bond Cl A | A | Dividend | K | T | Buy | 6/3/09 | K | | |
| 170. | | | | | Buy | 6/4/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Templeton Global Bond Cl A (cont'd) | | | | | Sold (part) | 7/23/09 | J | A | |
| 172. Westport Select Cap Cl R | A | Dividend | J | T | Buy | 1/8/09 | K | | |
| 173. | | | | | Sold (part) | 3/5/09 | J | | |
| 174. | | | | | Sold (part) | 7/23/09 | J | A | |
| 175. | | | | | Sold (part) | 8/27/09 | J | A | |
| 176. | | | | | | | | | |
| 177. (X) FIDELITY ROLLOVER IRA: (see lines 178 through 228) | | | | | | | | | |
| 178. Ameristock Fund | | | | | Sold | 1/7/09 | J | | |
| 179. Artisan Int'l. | | | | | Sold | 1/7/09 | K | | |
| 180. FMI Focus Fund | | | | | Sold | 1/7/09 | J | | |
| 181. Oakmark Equity & Income Fund | | | | | Sold | 1/7/09 | K | | |
| 182. Royce Stock Fund | | | | | Sold | 1/7/09 | J | | |
| 183. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 184. Fidelit Pas Small Cap Fund | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 185. Fidelity Pas Int'l Fund | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 186. | | | | | Buy | 7/29/09 | J | | |
| 187. | | | | | Buy | 8/27/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Fidelity Pas US Opp Fund | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 189. Fidelity Real Estate Inc. | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 190. Fidelity Capital & Income | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 191. Fidelity Invest Grade | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 192. Fidelity Total Bond | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 193. | | | | | Buy | 7/29/09 | J | | |
| 194. Fidelity Pas Core Inc Fund | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 195. Fidelity Pas Income Opp Fund | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 196. | | | | | Sold (part) | 5/28/09 | J | A | |
| 197. Fidelity Money Market | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 198. | | | | | Buy | 3/27/09 | J | | |
| 199. | | | | | Buy | 5/28/09 | J | | |
| 200. Allianz NFJ Dividend Value Fund | A | Dividend | | | Buy | 1/8/09 | J | | |
| 201. | | | | | Sold (part) | 7/29/09 | J | | |
| 202. | | | | | Sold | 8/27/09 | J | | |
| 203. American Beacon Lg Cap Invest | A | Dividend | J | T | Buy | 7/29/09 | J | | |
| 204. | | | | | Buy | 8/27/09 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Credit Suisse Commd Rtm Strtgy Sh | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 206. Goldman Sachs Lg Cap Val Instl | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 207. John Hancock US Glob Lead Gr Cl A | | | | | Buy | 1/8/09 | J | | |
| 208. | | | | | Sold (part) | 3/27/09 | J | | |
| 209. | | | | | Sold (part) | 7/29/09 | J | | |
| 210. | | | | | Sold | 8/27/09 | J | | |
| 211. Janus Fund Cl J Shs | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 212. Perkins Mid Cap Val Fd Inv Shs | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 213. Lazard Emerging Mkts Open Cl | A | Dividend | J | T | Buy | 7/29/09 | J | | |
| 214. | | | | | Buy | 8/27/09 | J | | |
| 215. | | | | | Buy | 11/4/09 | J | | |
| 216. Mainstay Lg Cap Gr Fd Cl A | | | J | T | Buy | 1/8/09 | J | | |
| 217. Merger Fund | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 218. Metropolitan West Low Duration M | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 219. | | | | | Sold (part) | 3/27/09 | J | | |
| 220. Pimco Total Return Adm Shs | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 221. Pimco Short Term Adm Shs | A | Dividend | J | T | Buy | 1/8/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Pimco Total Return Mtge Adm Cl | A | Dividend | | | Buy | 1/8/09 | J | | |
| 223. | | | | | Sold (part) | 7/29/09 | J | A | |
| 224. | | | | | Sold (part) | 8/27/09 | J | A | |
| 225. Pimco Foreign Bd Fd Unhedged Adm CL | A | Dividend | | | Buy | 1/8/09 | J | | |
| 226. | | | | | Sold | 5/28/09 | J | A | |
| 227. T Rowe Price High Yld Adv Cl | A | Dividend | J | T | Buy | 1/8/09 | J | | |
| 228. Templeton Global Bd Cl A | A | Dividend | J | T | Buy | 5/28/09 | J | | |
| 229. | | | | | | | | | |
| 230. ▓) FIDELITY SEP IRA: (see lines 230 through 320) | | | | | | | | | |
| 231. Baron Small Cap Fund | | | | | Sold | 1/7/09 | J | | |
| 232. Columbia Value and Rest Cl (Excelsior) | | | | | Sold | 1/8/09 | J | | |
| 233. Fidelity Floating Rate High Income | | | | | Sold | 1/7/09 | K | | |
| 234. Fidelity Contrafund | | | | | Sold | 1/7/09 | J | | |
| 235. Tweedy Brown Global Value Fd | | | | | Sold | 1/7/09 | K | | |
| 236. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 237. | | | | | Buy | 1/9/09 | J | | |
| 238. Fidelity Pas Small Cap Fund | A | Dividend | J | T | Buy | 1/7/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Fidelity Pas Int'l Fund | A | Dividend | J | T | Buy | 1/7/09 | J | | |
| 240. | | | | | Buy | 1/9/09 | J | | |
| 241. | | | | | Buy | 7/29/09 | J | | |
| 242. | | | | | Buy | 11/4/09 | J | | |
| 243. Fidelity Pas US Opp Fund | A | Dividend | J | T | Buy | 1/7/09 | J | | |
| 244. | | | | | Buy | 1/9/09 | J | | |
| 245. | | | | | Buy | 3/27/09 | J | | |
| 246. Fidelity Real Estate Income | A | Dividend | J | T | Buy | 1/7/09 | J | | |
| 247. | | | | | Buy | 1/9/09 | J | - | |
| 248. Fidelity Select Gold | A | Dividend | J | T | Buy | 3/27/09 | J | | |
| 249. Fidelity Capital & Income | A | Dividend | J | T | Buy | 1/7/09 | J | | |
| 250. | | | | | Buy | 1/9/09 | J | | |
| 251. Fidelity Invest Grade | A | Dividend | K | T | Buy | 1/7/09 | J | | |
| 252. | | | | | Buy | 1/9/09 | J | | |
| 253. | | | | | Buy | 7/29/09 | J | | |
| 254. | | | | | Sold (part) | 11/4/09 | J | A | |
| 255. Fidelity Total Bond | A | Dividend | K | T | Buy | 1/7/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Fidelity Total Bond (cont'd) | | | | | Buy | 1/9/09 | J | | |
| 257. | | | | | Buy | 7/29/09 | J | | |
| 258. | | | | | Buy | 8/27/09 | J | | |
| 259. | | | | | Buy | 8/28/09 | J | | |
| 260. Fidelity Pas Core Inc Fund | B | Dividend | K | T | Buy | 1/7/09 | K | | |
| 261. | | | | | Buy | 1/9/09 | J | | |
| 262. Fidelity Pas Inc Opp Fd | B | Dividend | J | T | Buy | 1/7/09 | J | | |
| 263. | | | | | Buy | 1/9/09 | J | | |
| 264. | | | | | Sold (part) | 5/28/09 | J | A | |
| 265. | | | | | Sold (part) | 7/29/09 | J | A | |
| 266. Fidelity Money Market | A | Dividend | J | T | Buy | 1/7/09 | J | | |
| 267. | | | | | Buy | 1/9/09 | J | | |
| 268. | | | | | Buy | 3/27/09 | J | | |
| 269. | | | | | Buy | 5/28/09 | J | | |
| 270. Allianz NFJ Dividend Val Fd | A | Dividend | | | Buy | 1/7/09 | J | | |
| 271. | | | | | Buy | 1/9/09 | J | | |
| 272. | | | | | Buy | 1/9/09 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Allianz NFJ Divident Val Fd (con't) | | | | | Buy | 3/27/09 | J | | |
| 274. | | | | | Sold (part) | 7/29/09 | J | | |
| 275. | | | | | Sold | 8/27/09 | J | | |
| 276. American Beacon Lg Cap Invest | A | Dividend | J | T | Buy | 7/29/09 | J | | |
| 277. | | | | | Buy | 8/27/09 | J | | |
| 278. Credit Suisse Commd Return Strtgy Shs | A | Dividend | J | T | Buy | 1/7/09 | J | | |
| 279. | | | | | Buy | 1/9/09 | J | | |
| 280. Goldman Sachs Lg Cap Val Instl | A | Dividend | J | T | Buy | 1/7/09 | J | | |
| 281. | | | | | Buy | 1/9/09 | J | | |
| 282. | | | | | Sold (part) | 7/29/09 | J | A | |
| 283. John Hancock US Glb Lead Gr Cl A | | | | | Buy | 1/7/09 | J | | |
| 284. | | | | | Buy | 1/9/09 | J | | |
| 285. | | | | | Sold (part) | 7/29/09 | J | A | |
| 286. | | | | | Sold | 8/27/09 | J | A | |
| 287. Janus Fund Cl J Shs | A | Dividend | J | T | Buy | 1/7/09 | J | | |
| 288. | | | | | Buy | 1/9/09 | J | | |
| 289. | | | | | Sold (part) | 7/29/09 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Janus Mid Cap Value Invest Shs | A | Dividend | | | Buy | 1/7/09 | J | | |
| 291. | | | | | Buy | 1/9/09 | J | | |
| 292. | | | | | Merged (with line 293) | 8/27/09 | J | A | |
| 293. Perkins Mid Cap Value Fd Cl J (merged with line 290) | A | Dividend | J | T | | | | | |
| 294. Lazard Emerging Mkts Open CL | A | Dividend | J | T | Buy | 7/29/09 | J | | |
| 295. | | | | | Buy | 8/27/09 | J | | |
| 296. | | | | | Buy | 11/04/09 | J | | |
| 297. Mainstay Lg Cap Gr Fd Cl A | | | J | T | Buy | 1/7/09 | J | | |
| 298. | | | | | Buy | 1/9/09 | J | | |
| 299. | | | | | Sold | 8/27/09 | J | A | |
| 300. Merger Fund | A | Dividend | J | T | Buy | 1/7/09 | J | | |
| 301. | | | | | Buy | 1/9/09 | J | | |
| 302. Metropolitan West Low Dur M | A | Dividend | J | T | Buy | 1/7/09 | J | | |
| 303. | | | | | Buy | 1/9/09 | J | | |
| 304. | | | | | Sold (part) | 3/27/09 | J | | |
| 305. Pimco Total Retrn Adm Shs | B | Dividend | K | T | Buy | 1/7/09 | J | | |
| 306. | | | | | Buy | 1/9/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. Pimco Short Term Adm Shs | A | Dividend | K | T | Buy | 1/7/09 | J | | |
| 308. | | | | | Buy | 1/9/09 | J | | |
| 309. Pimco Total Rtrn Mtge Adm Cl | A | Dividend | | | Buy | 1/7/09 | J | | |
| 310. | | | | | Buy | 1/9/09 | J | | |
| 311. | | | | | Sold<br>(part) | 7/29/09 | J | | |
| 312. | | | | | Sold | 8/27/09 | J | | |
| 313. Pimco Foreign Bd Fd Unhedged Adm Cl | A | Dividend | | | Buy | 1/7/09 | J | | |
| 314. | | | | | Buy | 1/9/09 | J | | |
| 315. | | | | | Sold | 5/28/09 | J | A | |
| 316. T Rowe Price High Yld Adv Cl | A | Dividend | J | T | Buy | 1/7/09 | J | A | |
| 317. | | | | | Buy | 1/9/09 | J | A | |
| 318. | | | | | Sold<br>(part) | 7/29/09 | J | A | |
| 319. Templeton Global Bd Cl A | A | Dividend | J | T | Buy | 5/28/09 | J | | |
| 320. | | | | | Buy | 5/29/09 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/1/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544